**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **Robert Booth, individually and on behalf of all others similarly situated** | * * * | **CIVIL ACTION NO. ________________** |
| **VERSUS** | * * | **JUDGE/SECTION: __________________** |
| | * | **MAGISTRATE/DIVISION: ___________** |
| **EAST JEFFERSON GENERAL HOSPITAL and LCMC HEALTH HOLDINGS, INC.** | * * * | |

*** * * * * * * * * * * * * * * * * * * * * * * * ***

**NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

NOW INTO COURT, through undersigned counsel, comes Defendant University Healthcare System, L.C. ("UHS" or "Defendant"), the successor by way of merger to LCMC Health Holdings, Inc., which with full reservation of any and all rights, defenses, objections, and exceptions, hereby removes to this Court the civil action in the 24th District Court for the Parish of Jefferson, State of Louisiana, entitled *Robert Booth, individually and on behalf of all others similarly situated versus East Jefferson General Hospital and LCMC Health Holdings, Inc.* (the "State Court Action"), and respectfully avers as follows:

1.

This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441, 1446, 1453, 1331 and 1367.

2.

This Court has federal jurisdiction over this putative class action as it asserts claims arising under the laws of the United States and this Court has also supplemental jurisdiction over the additional state law claims because they are so related to the other claims in the action that they



5452764.v1

form part of the same case or controversy under Article III of the United States Constitution. *See* 28 U.S.C. §§ 1331 and 1367.

3.

Plaintiff, Robert Booth (the "Plaintiff"), individually and on behalf of a class of similarly situated persons, filed his "Class Action Petition" (the "Complaint") against UHS on October 24, 2025.

4.

The Complaint alleges that LCMC Health Holdings, Inc. ("LCMC") failed to comply with industry standards to protect information systems with certain personally identifiable information and personal health information and that there was an alleged breach and disclosure of confidential information (the "Data Breach") which allegedly harmed Plaintiff and members of the putative class.

5.

The Complaint asserts various claims under federal law including that (i) LCMC allegedly violated HIPPA as set forth in 45 C.F.R. Part 160 and Part 164 and (ii) LCMC allegedly violated the Federal Trade Commission Act set forth in 15 U.S.C. §45. The state law claims asserted involved the same case or controversy as the federal claims as all the claims arise from the alleged improper conduct or practice of LCMC (now UHS) which allegedly resulted in the Data Breach. There is therefore federal question jurisdiction over this entire case pursuant to 28 U.S.C. §§ 1331 & 1367.

6.

UHS is the only Defendant in this action and consents to this removal. LCMC Health Holdings, Inc. no longer exists and UHS is its successor by way of merger. UHS owns and operates

East Jefferson General Hospital. East Jefferson General Hospital is not a legal entity but rather is the registered trade name of Louisiana Children's Medical Center. To the extent the consent of Louisiana Children's Medical Center is needed for this removal, that consent has also been given.

7.

Pursuant to 28 U.S.C. § 1441(a), this Court – the United States District Court for the Eastern District of Louisiana – is the federal district court for the district and division embracing the place where the state court is pending.

8.

Under 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty days of receipt by Defendant UHS of a copy of the initial pleading setting forth the claim for relief upon which the action is based.

9.

Pursuant to 28 U.S.C. § 1446(d), Defendant UHS promptly shall provide Plaintiff with written notice of the filing of this Notice of Removal.

10.

Pursuant to 28 U.S.C. § 1446(d), UHS promptly shall file a copy of this Notice of Removal with the Clerk of the 24th Judicial District Court, Parish of Jefferson, State of Louisiana.

11.

Attached hereto as Exhibit A is a copy of the Citation and Complaint in the State Court Action which were served on October 29, 2025 and no other process, pleadings or orders were served in the State Court Action.

WHEREFORE, Defendant hereby removes to this Honorable Court the matter of *Robert Booth, individually and on behalf of all others similarly situated versus East Jefferson General Hospital and LCMC Health Holdings, Inc.*, case number 869766, Division O, on the docket of the 24th District Court for the Parish of Jefferson, State of Louisiana.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.

By: */s/ Peter J. Butler, Jr.*

Peter J. Butler, Jr. (La. Bar # 18522)
Richard G. Passler (La. Bar #21006)
Thomas M. Benjamin (La. Bar #18562)
909 Poydras Street
Suite 1500
New Orleans, LA 70112
Telephone: (504) 619-1800
E-mail: Peter.Butler@bswllp.com
Richard.Passler@bswllp.com
Thomas.Benjamin@bswllp.com

and

Thomas R. Temple, Jr. (La. Bar # 26130)
BREAZEALE, SACHSE & WILSON, L.L.P.
301 Main Street
Suite 2300
Baton Rouge, LA 70801
Telephone: (225) 387-4000
E-mail: Thomas.Temple@bswllp.com

Attorneys for Defendant,
University Healthcare System, L.C., successor by way of merger to LCMC Health Holdings, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2025, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record and also sent a copy by e-mail to counsel for the Plaintiff.

/s/ Peter J. Butler, Jr.